**NOTE: CHANGES MADE BY COURT**

JS-6

IN THE UNITED STATES DISTRICT
FOR THE CENTRAL COURT DISTRICT OF CALIFORNIA

ERICK GALVEZ, an Individual,

Plaintiff,

v.

MEDTRONIC, INC.; MATRIX ABSENCE MANAGEMENT, INC; and Does 1 through 100, inclusive,

Defendants.

Case No. 8:23-cv-00101-FWS-DFM

**ORDER RE STIPULATION FOR DISMISSAL [22]**

///

///

///

Having reviewed and considered the Stipulation of Dismissal [22] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each party bearing their own attorneys' fees and litigation costs.

**IT IS SO ORDERED**.

Dated: August 29, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE